# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-21-71-CBG |
| ) | |
| STORMY SETH GANN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now before the Court is the Government's Amended Motion to Dismiss (Doc. No. 40), filed December 30, 2021. The Government cites Defendant's state-court criminal conviction and proceedings as its basis for dismissal. The Government further recites that Defendant does not object to its request.

Having considered the Government's argument and the circumstances of this matter, the Court finds that dismissal is in the public interest and that the Amended Motion should be and is hereby GRANTED. *See* Fed. R. Crim. P. 48(a); *Rinaldi v. United States*, 434 U.S. 22, 29 n.15 (1977); *United States v. Romero*, 360 F.3d 1248, 1251 (10th Cir. 2004). The Government's previous request (Doc. No. 38) is DENIED AS MOOT.

IT IS THEREFORE ORDERED that the Indictment (Doc. No. 18) filed April 14, 2021, charging Defendant Stormy Seth Gann with violation of Title 18, United States Code, Sections 1111(a), 1151, 1153, and 924(j)(1), is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 3rd day of January, 2022.

CHARLES B. GOODWIN
United States District Judge